**EXHIBIT**

1.The cases listed in Delta's motion are as follows:

    **Cause No. E179234:** *Delores Preston v. Delta, et al.,* in the 172nd Judicial District Court of Jefferson County, Texas

    **Cause No. D018110:** *Carlton Johnson, Sr. and Gloria L. Johnson v. Delta, et al.*, in the 136th Judicial District Court of Jefferson County, Texas

    **Cause No. E180718:** *Ivory Pugh and Ressie Pugh v. Delta, et al.*, in the 172nd District Court of Jefferson County, Texas

    **Cause No. B179701:** *Lino Zamudio and Maria Zamudio v. Delta, et al.*, in the 60th Judicial District Court of Jefferson County, Texas

2.The cases listed in Southeast's are as follows:

    **Cause No. B-060,401-C:** *Branden Welch v. Ranchers and Farmers Insurance Company*; in the 163rd Judicial District Court of Orange County, Texas

    **Cause No. 27,582:** *Edwin Bush and Charlotte Bush v. Ranchers and Farmers Insurance Company*; in the 1st District Court of Jasper County, Texas

    **Cause No. 48207:** *Terry Garrett and Stephanie Garrett v. Ranchers and Farmers Mutual Insurance Company, and Southeast Surplus Underwriters General Agency, Inc.*; in the 88th Judicial District Court of Hardin County, Texas

    **Cause No. B-070311-C:** *Jesse Don Fredeck v. Ranchers and Farmers Mutual Insurance Company, Southeast Surplus Underwriters General Agency, Inc. and Mark Lindoerfer*; in the 163rd Judicial District Court of Orange County, Texas

    **Cause No. D-070369-C:** *Jimmy Wilson and Olivia Wilson v. Ranchers and Farmers Insurance Company, Southeast Surplus Underwriters General Agency, Inc., Prestige Claims Services, Inc., Mark Anderson and Mark Lindoerfer*; in the 260th Judicial District Court of Orange County, Texas

    **Cause No. B-070638-C:** *Billy Burnett and Joan Burnett v. Ranchers and Farmers Mutual Insurance Company, Southeast Surplus Underwriters General Agency, Inc., Mark Lindoerfer and Charlie Vaughn*, in the 163rd Judicial District of Orange County, Texas

**EXHIBIT**

**Cause No. 48133:** *Wesley Young and Amie Young v. Ranchers and Farmers Mutual Insurance Company, Southeast Surplus Underwriters General Agency, John T. Parker Claims Service and Chris Ruble*, in the 88th Judicial District Court of Hardin County, Texas

**Cause No. 47809:** *Randy Duplecion and Bobbie "Marcie" Duplecion v. Southeast Surplus Underwriters General Agency, Inc., Ranchers and Farmers Mutual Insurance Company, Prestige Claims Services, Inc., Mark Anderson and Mark Lindoerfer*; in the 88th Judicial District Court of Hardin County, Texas

**Cause No. D-060-363-C:** *Julie Chisolm and Alan Mesecher v. Ranchers and Farmers Insurance Company*; in the 260th Judicial District Court of Orange County, Texas

**Cause No. D-060-362-C:** *Julie Chisolm and Alan Mesecher v. Ranchers and Farmers Insurance Company*; in the 163rd Judicial District Court of Orange County, Texas

**Cause No. D-060-369-C:** *Julie Chisolm and Alan Mesecher v. Ranchers and Farmers Insurance Company*; in the 260th Judicial District Court of Orange County, Texas

**Cause No. D-060-361-C:** *Julie Chisolm and Alan Mesecher v. Ranchers and Farmers Insurance Company*; in the 128th Judicial District Court of Orange County, Texas